**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TERESITA TOMADA**, *et al.*<br><br>   **Plaintiffs,**<br><br>   v.<br><br>**HOME DEPOT U.S.A., INC.,** *et al.***,**<br><br>   **Defendants.** | **Case No.: 13-CV-1647 YGR**<br><br>**ORDER EXTENDING DEADLINE TO HAVE DISPOSITIVE MOTIONS HEARD** |

On July 25, 2013, the Court entered a Case Management and Pretrial Order which, among other things, set a deadline of March 18, 2014, for the hearing of dispositive motions. (Dkt. No. 13.)

The Court **EXTENDS** that deadline. The parties' deadline to have dispositive motions heard is **Tuesday, March 25, 2014**.

**IT IS SO ORDERED**.

Date: February 4, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**