**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TERESITA TOMADA**, *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> **HOME DEPOT U.S.A., INC.,** <br><br> **Defendant.** | **Case No.: 13-CV-1647 YGR** <br><br> **ORDER EXCUSING PLAINTIFFS' APPEARANCE AT COMPLIANCE HEARING** |

Plaintiffs, by filing their statement of May 12, 2014 (Dkt. No. 64), materially complied with the Court's Case Management and Pretrial Order of July 25, 2013 (Dkt. No. 13). Accordingly, plaintiffs and their counsel are excused from appearing at the compliance hearing set for 9:01 a.m. on Friday, May 16, 2014.

**IT IS SO ORDERED**.

Date: May 14, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**