**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TERESITA TOMADA**, *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> **HOME DEPOT U.S.A., INC.,** <br><br> **Defendant.** | Case No.: 13-CV-1647 YGR <br><br> **ORDER CONTINUING PRETRIAL DATES** |

The Court **CONTINUES** the parties' pretrial dates as indicated below. This Order supersedes the pretrial schedule entered July 22, 2013 (Dkt. No. 12), as modified on February 12, 2014 (Dkt. No. 30).

The parties' pretrial compliance hearing is continued from May 16, 2014, to 9:01 a.m. on Thursday, July 3, 2014.

The parties' joint pretrial statement shall be filed no later than July 11, 2014.

The parties' pretrial conference is continued from June 6, 2014, to 9:00 a.m. on Friday, July 25, 2014.

The parties' trial date remains undisturbed and set to begin on Monday, August 11, 2014.

**IT IS SO ORDERED**.

Date: May 15, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**