**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TERESITA TOMADA**, *et al.*<br><br>        **Plaintiffs,**<br><br>    **v.**<br><br>**HOME DEPOT U.S.A., INC.,**<br><br>        **Defendant.** | **Case No.: 13-CV-1647 YGR**<br><br>**JUDGMENT** |

The issues in this action having been duly considered and the Court having granted Defendant's Motion for Summary Judgment (Dkt. No. 68), it is **ORDERED, ADJUDGED AND DECREED** that the operative complaint is **DISMISSED WITH PREJUDICE**. Judgment is entered in favor of Defendant and against Plaintiffs. Plaintiffs shall take nothing by their complaint.

**IT IS SO ORDERED**.

Date: June 3, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**